# Certificate of Achievement



This is to certify that

## Tedeth Perez

has successfully completed the

## DANIEL PROPHECY SEMINAR
## PART I

Bible Study Course sponsored by
Seminars Unlimited

March 30, 2022
Date

Jim Rickabaugh, Chaplain

Seminars Unlimited   P.O. Box 66   Keene, Texas 76059

# Certificate of Achievement

This is to certify that

## Tedith Perez Acuna

has successfully completed the

## DANIEL PROPHECY SEMINAR PART II

Bible Study Course sponsored by
Seminars Unlimited

April 12, 2022
Date

Jim Rickabaugh, Chaplain

Seminars Unlimited   P.O. Box 66   Keene, Texas   76059

*Seventh-day Adventist Church*
*Curso de Doctrina Bíblica*
*Diploma*

Patrocinado por:

*December 21, 2021*

Otorga el presente

*A: Tedeth Perez*

Por su asistencia, aprovechamiento y comprension de la doctrina de nuestro Senor Jesucristo, revelada en las Sagradas Escrituras

*La Fe de Jesus*



# Amazing Facts
# Bible School

this Certifies that

*Tedith Perez*

*Has satisfactorily completed the Spanish Basic Course of study prescribed by the Amazing Facts Bible School and is hereby awarded this*

# Diploma

November 5, 2021
Date

Jim Rickabaugh, Chaplain

# Amazing Facts Bible School

this Certifies that

*Tedeth Perez*

Has satisfactorily completed the Spanish Advanced Course of study prescribed by the Amazing Facts Bible School and is hereby awarded this

**Diploma**

November 30, 2021
Date

Jim Rickabaugh, Chaplain