# Exhibit A
# Similar Cases

## Title 46 Case Comparison

| Case# | Defendant | Drug quantity; Base Offense Level (BOL), Adjusted Offense Level (AOL) | AUSA recommendation (if SV eligible) | Sentence (if any) |
|---|---|---|---|---|
| 20-CR-2452-JLS | Edwin Campaz-Arroyo | 124 → 92.4-kg. cocaine; BOL = 34; AOL= 29 | Rec. 84 months (per Plea, dkt. 27) | 47 Months |
| 19-CR-4293-JLS | M. Lopez-Pena | 916 → 748-kg. cocaine; BOL = 38; AOL= 33 | Rec. 84-months (per Plea, dkt. 53) | 50-months |
| 19-CR-4292-JLS | W. Placencio-Vera | 900 → 738-kg. cocaine; BOL = 38; AOL= 33 | Rec. 84-months (per Plea, dkt. 43) | 72-months |
| 19-CR-2852-DMS | F. Chila-Villa | 1,042-kg. cocaine; BOL = 38; AOL= 33 | Rec. 84-months (per Plea, dkt. 84) | 72-months |
| 19-CR-2851-DMS | E. Gomez-Gordillo | 1,400-kg. cocaine; BOL = 38; AOL= 33 | Rec. 84-months (per Plea, dkt. 33) | 48-months |
| 19-CR-379-WQH | J. Parraga-Parraga | 710 → 704-kg. cocaine; BOL = 38; AOL= 33 | Rec. 84-months (per Plea, dkt. 40) | 70-months |
| 18-CR-5262-AJB | J. Garcia-Reyes | 256 → 205-kg. cocaine; BOL = 36; AOL= 31 | Rec. 84 months (per Plea, dkt. 38) | 48-months |
| 18-CR-3851-WQH | E. Garcia-Campana | 769-kg. cocaine; BOL = 38; AOL= 33 | Rec. 84 months (per Plea, dkt. 58) | 70—months |
| 18-CR-1925-MMA | Y. Briones-Macias | 950 → 762.2-kg. cocaine; BOL = 38; AOL= 33 | Rec. 84 months (per Plea, dkt. 37) | 41-months |
| 18-CR-1924-GPC | J. Lucas-Flores | 900-kg cocaine; BOL = 38; AOL = 33 | Rec. 84 months (per Plea, dkt. 35) | 42-months |
| 18-CR-1648-AJB | G. Valencia-Urenda | 25 → 20.10-kg. cocaine; BOL = 38; AOL = 33 | Rec. 84 months (per Plea, dkt. 52) | 48-months |
| 18-CR-1550-BTM | H. Aguirre-Valois | 1,060-kg. cocaine; BOL = 38; AOL 33 | Rec. 96 months (per Plea, dkt. 36) | 46-months |
| 18-CR-1549-GPC | L. Ortiz-Rivas | 1,575-kg. cocaine; BOL = 38; AOL = 33 | Rec. 84 months (per Plea, dkt. 129) | 42-months |

## Title 46 Case Comparison

| Case | Defendant | Drug Quantity / Offense Level | Recommendation | Sentence |
|---|---|---|---|---|
| 18-CR-666-CAB | I. Payan-Quinones | 1,731-kg. cocaine; BOL = 38; AOL = 33 | Rec. 96 months (per Plea, dkt. 45) | 48-months |
| 17-CR-3400-MMA | M. Quinones-Bagui | 881 → 715-kg. cocaine; BOL = 38; AOL = 33 | Rec. 96 months (per Plea, dkt. 47); AUSA rec. 60 months per § 5K1.1 (dkt. 77) | 46-months |
| 17-CR-3399-DMS | N. Orobio-Bermudez | 1,500-kg. cocaine; BOL = 38; AOL = 33 | Rec. 96 months (per Plea, dkt 37) | 57-months |
| 15-CR-2586-GPC | J. Estupinan-Carabali | 711 → 583-kg. cocaine; BOL = 38; AOL = 33 (claimed threatened at gunpoint) (no SV rec from AUSA) | Rec. 84 months (per Plea, dkt. 122) (defense rec. no less than 60 months) | 63-months |